Mailed:
September 5, 2014

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

Trademark Trial and Appeal Board

_____

*In re Chengdu AOBI Information Technology Co., Ltd.*

_____

Serial No. 77723547

_____

Jeffrey M. Furr of Furr Law Firm for Chengdu AOBI Information Technology Co., Ltd.

Drew Leaser, Trademark Examining Attorney, Law Office 112 (Angela Bishop Wilson, Managing Attorney).

_____

By the Trademark Trial and Appeal Board:

The final decision on the merits issued in this case on May 31, 2011 is redesignated as a precedent of the Trademark Trial and Appeal Board. The decision otherwise remains unchanged.